■ BANKERS TRUST COMPANY, Respondent, v CHARLES H. KRAFT et al., Defendants, and JAMES L. FALLON et al., Appellants.—Appeal from order,

Supreme Court, New York County, entered on August 23, 1979, unanimously dismissed as moot, without costs and without disbursements, an amended pleading having been served. No opinion. Concur—Sullivan, J. P., Ross, Markewich, Silverman and Yesawich, JJ.